UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIO A. TOSTADO, <br><br> Plaintiff, <br><br> v. <br><br> VENTURE TRUST 2013-I-H-R by MCM CAPITAL PARTNERS, LLC, *et al.*, <br><br> Defendants. | Case No. C17-0353RSL <br><br> ORDER GRANTING BANK OF AMERICA'S MOTION TO DISMISS |

This matter comes before the Court on defendant Bank of America's "Motion to Dismiss." Dkt. # 6. Defendant argues that the allegations of the complaint are insufficient to support the breach of contract and Washington Consumer Protection Act claims asserted against it. The motion is now ripe for consideration.

Plaintiff has not filed a response memorandum or otherwise opposed dismissal of his claims against Bank of America. The Court considers such a failure to be "an admission that the motion has merit." LCR 7(b)(2). Defendant's motion is therefore GRANTED. Plaintiff's claims against Bank of America are hereby DISMISSED.

DATED this 11th day of May, 2017.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER GRANTING BANK OF AMERICA'S
MOTION TO DISMISS - 1