UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
MARIO A. TOSTADO,                   )
                                    )
                     Plaintiff,       )       Case No. C17-353RSL
     v.                             )
                                    )       ORDER OF DISMISSAL
VENTURE TRUST 2013-I-H-R by MCM,    )
CAPITAL PARTNERS, LLC. ET AL.,      )
                                    )
                     Defendants.      )
_____ )

       On July 10, 2017, the Court issued an order requiring the parties to file a Joint Status Report by August 7, 2017 (Dkt. 11). No such report has been filed and the parties have not sought or obtained an extension of time in which to make the required submission. It was the responsibility of Plaintiff's counsel (or plaintiff, if pro se) to start the communications needed to comply with the order. On August 16, 2017, an Order to Show Cause was issued (Dkt. # 12). The parties were ordered to show cause no later than August 31, 2017, why sanctions, including dismissal of the above-captioned matter, should not be imposed for the failure to comply with the Court's Joint Status Report Order. No response was filed to the Court's order and the Joint Status Report was not filed.

       The above-captioned matter is hereby DISMISSED without prejudice for failure to comply with the orders of this Court.

ORDER OF DISMISSAL

1      DATED this 6th day of September, 2017.

4                                             _____
                                              Robert S. Lasnik
5                                             United States District Judge

ORDER OF DISMISSAL                     -2-